No. 258. STRITE ET AL., EXECUTORS v. McGINNES, DISTRICT DIRECTOR OF INTERNAL REVENUE, ante, p. 836;

No. 66, Misc. HIPP v. SMITH ET AL., ante, p. 853;

No. 82, Misc. JOHNSON v. SHOVLIN, STATE HOSPITAL SUPERINTENDENT, ante, p. 854;

No. 85, Misc. MATTHEWSON ET AL. v. McCUNE, JUDGE, ET AL., ante, p. 854;

No. 129, Misc. STELLO v. UNITED STATES, ante, p. 857; and

No. 172, Misc. TANSIMORE v. UNITED STATES, ante, p. 809. Petitions for rehearing denied.

No. 176, Misc. CEPERO v. PRESIDENT OF THE UNITED STATES ET AL., ante, p. 12. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

NOVEMBER 16, 1964.

No. 5, Original. UNITED STATES v. CALIFORNIA. The motion of the State of Alaska for leave to present oral argument, as amicus curiae, is granted and thirty minutes are allotted for that purpose. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. Warren C. Colver, Attorney General of Alaska, and Avrum M. Gross and George N. Hayes, Special Assistant Attorneys General, on the motion. [For earlier orders herein, see 375 U. S. 927, 990; 377 U. S. 926, 986; ante, p. 804.]

No. 372, Misc. SCHWEITZER v. KROPP, WARDEN, ET AL. Motion for leave to file petition for writ of certiorari denied.